# EXHIBIT A

# Employee Termination Form

|  | HR Use Only |
|---|---|
| PTO |  ✓✓ |
| ADP | BJ ✓ |
| -T&A | ✓ |
| -I-9 Doc | BJ ✓ |
| Benefits | BJ ✓ |
| CJO | BJ ✓ |
| Verified | BJ ✓ |

## GENERAL INFORMATION

Employee Name: Neil Wolin          Company Name: PSA

Eligible for Rehire: ☐ Yes ■ No     2-Week Notice Provided: ☐ Yes ■ No

Last Day Worked: 05-06-24           Termination Date: 05-06-24

## REASON FOR TERMINATION

☐ **Voluntary** (check ONE appropriate reason):

| ☐ Without notice or reason | ☐ Relocation |
| ☐ Another job | ☐ Working Conditions |
| ☐ Work Schedule | ☐ Personal |
| ☐ Returned to school | ☐ LOA – Did not return |
| ☐ Retirement | ☐ Medical Reasons/Benefits |

☐ Other (provide reason): _____

Comment: _____

☑ **Involuntary** (check ONE appropriate reason):

| ☐ Absenteeism/Tardiness | ☐ Theft/Fraud |
| ☐ Insubordination | ☑ Violation of Policies |
| ☐ Unsatisfactory Performance | ☐ Harassment |
| ☐ Job Elimination | ☐ Failed Drug/Alcohol Test |

☐ Other (provide reason): _____

Comment: Hostile Environment: Multiple outbursts with coworkers and managers.

## COMPANY PROPERTY

| ☑ Phone- PIN: _____ | ☑ Computer Monitor & Docking Station |
| ☑ Otterbox Holster & Case | ☑ Chargers |
| ☑ Keys/FOB | ☑ Power Cords |

☐ Other: _____

## APPROVALS

Manager Signature: [redacted]                         Date: 05-06-24

Human Resources Signature: [signature]               Date: 5/7/24

Employee Termination Form          HR Department          Revised: August 2021