IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Neil B. Wolin,<br><br>   Plaintiff,<br><br>v.<br><br>Palmetto State Armory LLC,<br><br>   Defendant. | Civil Action No.: 3:24-cv-07138-MGL-TER<br><br>**DEFENDANT'S EXPERT WITNESS DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) and Local Civil Rule 16.02(C)(2), and in accordance with the December 13, 2024 Scheduling Order (ECF No. 6), Defendant Palmetto State Armory, LLC, discloses that it has not yet identified an expert it expects to call at trial. Defendant reserves the right to supplement this disclosure as allowed by applicable rules and this Court if and when an expert is identified.

**PALMETTO STATE ARMORY, LLC**

By Counsel

*/s/ Chandler E. Aragona*
Chandler E. Aragona (Fed. ID No. 13561)
DINSMORE & SHOHL LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV  26501
Telephone:  (304) 225-1444
Facsimile:  (304) 296-6116
Email:  chandler.aragona@dinsmore.com