IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Neil B. Wolin,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Palmetto State Armory LLC,<br><br>　　　　　Defendant. | Civil Action No.: 3:24-cv-07138-MGL-TER<br><br>**DEFENDANT'S DISCLOSURE REGARDING RECORDS CUSTODIAN WITNESSES** |

Pursuant to the Court's December 13, 2024 Scheduling Order (ECF No. 6), Defendant Palmetto State Armory, LLC, by counsel, discloses that it has not yet identified any record custodian witnesses to be presented by affidavit at trial. Defendant reserves the right to supplement this disclosure as allowed by applicable rules and this Court if and when any record custodian is identified.

**PALMETTO STATE ARMORY, LLC**

By Counsel

*/s/ Chandler E. Aragona*
Chandler E. Aragona (Fed. ID No. 13561)
DINSMORE & SHOHL LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV  26501
Telephone:  (304) 225-1444
Facsimile:  (304) 296-6116
Email:  chandler.aragona@dinsmore.com