IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Neil B. Wolin,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Palmetto State Armory LLC,<br><br>　　　　　　Defendant. | Civil Action No.: 3:24-cv-07138-MGL-TER<br><br>**STIPULATION OF DISMISSAL** |

　　　　PURSUANT TO RULE 41(a)(1), FRCP, Plaintiff and Defendant hereby agree and stipulate that this action should be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

| **PALMETTO STATE ARMORY, LLC** | **NEIL B. WOLIN** |
|---|---|
| By Counsel, | By Counsel. |
| */s/ Chandler E. Aragona* | */s/ Brian E. Arnold* |
| Chandler E. Aragona (Fed. ID No. 13561)<br>DINSMORE & SHOHL LLP<br>215 Don Knotts Blvd., Suite 310<br>Morgantown, WV  26501<br>Telephone:  (304) 225-1444<br>Email:  chandler.aragona@dinsmore.com | Brian E. Arnold (Fed. ID No. 7431)<br>ARNOLD LAW FIRM, LLC<br>207 Whitsett Street<br>Greenville, SC 29601<br>Telephone:  (864) 242-2427<br>Email:  brian@barnoldlawfirm.com |
| Richard J. Morgan (Fed. ID No. 1266)<br>BURR & FORMAN LLP<br>1221 Main Street, Suite 1800<br>Columbia, SC 29211<br>Telephone:  (803) 799-9800<br>Email:  rmorgan@burr.com | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |